## United States District Court for the Northern District of Illinois

Case Number: 07CV6985          Assigned/Issued By: J. N.

Judge Name: GUZMAN          Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00
                [ ] IFP         [ ] No Fee     [ ] Other _____
                [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____          Receipt #: 2396967_____

Date Payment Rec'd: 12-12-07_____  Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_1_ Original and _1_ copies on _12-12-07_ as to _DEFENDANT_____
                                (Date)

_____
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05