# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                     Case Number: 07 cv 6985

United Food and Commercial Local 1546 Health & Welfare Fund
vs.

Protein Solutions, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Protein Solutions, LLC

| |
|---|
| NAME (Type or print) <br> Stephen C. Voris |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Stephen C. Voris |
| FIRM <br> Burke Warren MacKay & Serritella, P.C. |
| STREET ADDRESS <br> 330 North Wabash Avenue, 22nd Floor |
| CITY/STATE/ZIP <br> Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3125573 | TELEPHONE NUMBER <br> 312-840-7000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐