**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

United Food and Commercial Workers Local 1546
Health & Welfare Fund

                                                    Plaintiff,

v.                                                  Case No.:
                                                    1:07−cv−06985

                                                    Honorable Ronald
                                                    A. Guzman

Protein Solutions, LLC

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

  MINUTE entry before Judge Ronald A. Guzman :All matters in controversy having been settled, the above−entitled case is hereby dismissed with prejudice and without costs, all costs having been paid. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.