# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6985 | **DATE** | 3/11/2008 |
| **CASE TITLE** | UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND vs. PROTEIN SOLUTIONS, LLC. | | |

**DOCKET ENTRY TEXT**

Enter order of dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|

07C6985 UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND vs. PROTEIN SOLUTIONS, LLC.