

## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 HEALTH & WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07 C 6985 |
| | ) | |
| PROTEIN SOLUTIONS, LLC, | ) | Judge Guzman |
| | ) | |
| Defendant. | ) | Mag. Judge Brown |

## ORDER

This cause coming on to be heard, and it appearing to the Court that all matters in controversy for which said action was brought have been fully settled and compromised pursuant to agreement of the parties, and this Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above cause of action be and it is hereby dismissed with prejudice and without costs, all costs having been paid.

DATED: _3/11/08_          ENTER:

_____
JUDGE, U.S. DISTRICT COURT

Robert B. Greenberg
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558